# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| R. ANTHONY HUTCHINSON and LISA HUTCHINSON,<br><br>    Plaintiffs<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil Action 7:11-CV-131 (HL) |

## ORDER

The Court previously entered an Order in this case directing Plaintiffs to show good cause for why the case should not be dismissed for failure to serve the Defendant within 120 days (Doc. 8). Plaintiffs submitted their response to the Court's order on February 13, 2012, noting the failure to cause a Summons to be issued to the Civil Process Clerk of the United States Attorney's Office. However, the Defendant has now been properly served, rectifying any prior issues with the case. Plaintiffs' response was sufficient to address the Court's concerns, and thus satisfied, the case may proceed.

**SO ORDERED**, this 29th day of February, 2012.

*s/Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr