**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| **R. ANTHONY HUTCHINSON and LISA HUTCHINSON,** | |
| Plaintiffs, | |
| v. | Civil Action No. 7:11-cv-131 (HL) |
| **UNITED STATES OF AMERICA,** | |
| Defendant. | |

## ORDER

Before the Court is Defendant's Motion to Dismiss Plaintiff Lisa Hutchinson's Loss of Consortium Claim. (Doc. 15.) Defendants argue in their Motion that Lisa Hutchinson failed to exhaust her administrative remedies, which precludes relief under the Federal Tort Claims Act, the statute upon which Plaintiffs seek relief. Plaintiffs do not object to the Motion to Dismiss, and thus, there is no debate about whether Mrs. Hutchinson's loss of consortium claim should be dismissed. The Motion to Dismiss is granted.

The loss of consortium claim was the only claim asserted by Plaintiff Lisa Hutchinson, and with this claim resolved, Mrs. Hutchinson is no longer an active party to this case. Thus, the Clerk of Court is ordered to amend the docket reflecting the removal of Mrs. Hutchinson as a plaintiff.

**SO ORDERED**, this 18th day of June, 2012.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE