# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **R. ANTHONY HUTCHINSON and LISA HUTCHINSON,**<br><br>    **Plaintiffs**<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>    **Defendant.** | Civil Action 7:11-CV-131 (HL) |

### ORDER

On December 21, 2012, the parties filed a letter notifying the Court that discovery in this case was complete and the parties were participating in mediation on February 6, 2013 in Macon, Georgia. This date having past, the parties are ordered to inform the Court of the outcome of that mediation. If the case was not resolved in the mediation proceedings, the case will be set for trial in April 2013. The parties are ordered to file their notice about the mediation no later than Wednesday, February 20, 2013.

**SO ORDERED**, this 13th day of February, 2013.

            */s/ Hugh Lawson*
            **HUGH LAWSON, SENIOR JUDGE**

ebr