# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**R. ANTHONY HUTCHINSON,**

    **Plaintiff,**

v.

**UNITED STATES OF AMERICA,**

    **Defendant.**

Civil Action 7:11-CV-131 (HL)

## ORDER

A Motion in Limine regarding the potential cap on Plaintiff R. Anthony Hutchinson's claim was filed by Defendant United States of America on February 15, 2013. Because the trial of this case is approaching, the Court finds that an expedited briefing schedule is appropriate. If Plaintiff intends to file a response to Defendant's Motion, it should be filed no later than Monday, March 4, 2013. A reply brief must be filed by Defendant no later than Friday, March 8 at 12:00 p.m. (noon).

**SO ORDERED**, this 27th day of February, 2013.

                                            *s/ Hugh Lawson*
                                            HUGH LAWSON, SENIOR JUDGE

ebr